THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Eugene OBerry,
 Jr. d/b/a G. OBerry Painting, Remodeling & Power Washing, Respondent,
 v.
 Norman
 Carthens, Appellant.
 
 
 

Appeal From Barnwell County
 J. Martin Harvey, Special Referee 
Unpublished Opinion No.  2008-UP-543
Submitted September 2, 2008  Filed
September 18, 2008  
AFFIRMED

 
 
 
 Joshua  Koger, Jr., of North, for Appellant.
 Evert  Comer, Jr., of Denmark, for Respondent.
 
 
 

PER CURIAM:   
 We affirm[1] the order of the special referee pursuant to Rule 220(b)(2), SCACR and the
 following authorities: Butler
 Contracting, Inc. v. Court Street, LLC, 369 S.C. 121, 127, 631
 S.E.2d 252, 255-56 (2006) (finding the foreclosure of a mechanics lien is an action at law.  In an action at law, tried without a jury, an
 appellate court will not disturb the trial courts findings of fact unless they
 are wholly unsupported by the evidence or unless it clearly appears the
 findings are controlled by an error
 of law); West v. Newberry Elec. Co-op.,
 357 S.C. 537, 543, 593 S.E.2d 500, 503 (Ct. App. 2004) (finding issue that is
 neither addressed by trial court in final order nor raised by way of Rule
 59(e), SCRCP, motion is not preserved for review).  Further, we grant
 the guardian ad litems petition to be relieved. 
AFFIRMED.
HEARN, C.J., CURETON and
 GOOLSBY, A.J.J. Concur.

[1]  Because oral argument would not aid the court in
 resolving the issues on appeal, we decide this case without oral argument
pursuant to Rule 215, SCACR.